**TEXARKANA BEHAVIORAL ASSOCIATES, L.C.,** Appellant,

v.

**UNIVERSAL HEALTH SERVICES, INC.,** Appellee.

No. 10–3654.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 22, 2011.

Filed: Oct. 6, 2011.

Craig L. Henry, Henry Law Firm, Michael D. Peek, Condit & Peek, Texarkana, TX, Judy Simmons Henry, Gary D. Marts, Jr., Wright & Lindsey, Little Rock, AR, for Appellant.

Daniel L. Herrington, Harold Wayne Young, Jr., Friday & Eldredge, Little Rock, AR, for Appellee.

Before MELLOY, SMITH, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

In this diversity-based action, Texarkana Behavioral Associates, L.C. (TBA) appeals from the district court's[1] adverse grant of summary judgment on its claims under Arkansas law against Universal Health Services, Inc. for misappropriation of trade secrets, breach of contract, and tortious interference with a contractual relationship. TBA also appeals the district court's denial of TBA's motion to compel discovery. After de novo review of the summary judgment decision, *Mayer v. Countrywide Home Loans,* 647 F.3d 789, 791 (8th Cir.2011), we affirm for the reasons discussed in the district court's order, *Texarkana Behavioral Associates, L.C. v. Universal Health Services, Inc.,* 748 F.Supp.2d 1008 (W.D.Ark.2010). *See* 8th Cir. R. 47B. Additionally, for the reasons discussed in the district court's order, *see id.,* we hold that the district court did not abuse its discretion in denying TBA's motion to compel discovery. *See Kilpatrick v. King,* 499 F.3d 759, 766 (8th Cir.2007) ("We review the denial of a motion to compel discovery for gross abuse of discretion.").

---

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.